UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| CONEY ROGERS BROWN, Jr. | ) | CASE NO. 09-31482-PHX CGC |
| JILLAINA LEANN BROWN | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend(s) in amounts less than

$5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not

be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided

in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 10 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $4.17 |
| 11 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Citibank - SEARS PREMIER<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $2.37 |
| 13 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $3.38 |
| 2 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | $1.75 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $2.51 |

| | | | |
|---|---|---|---|
| 9 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | $1.27 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $15.45 to the Clerk of the Court to be deposited in the Registry thereof.

<u>August 06, 2010</u>     <u>/s/ S. William Manera</u>
Date                              S. William Manera